Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Holladay, Utah 84117
Phone: (801) 424-9088
Fax:     (801) 438-0199
ericnielson@ericnielson.com
laura.nielson@ericnielson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| VANESSA JENIK, and KYLE DAVIDSON<br><br>Plaintiffs,<br><br>vs.<br><br>MOTION PICTURE INDUSTRIES, and MPI HEALTH PLAN<br><br>Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No.  2:20-cv-00679-TS-CMR<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants have reached a settlement and hereby stipulate and jointly move this case be dismissed with prejudice, with the parties bearing their own expenses incurred in this litigation, including their own attorneys' fees and costs. A proposed order is attached for the Court's convenience.

DATED this 6th day of April 2022.

> G. ERIC NIELSON & ASSOCIATES
> */s/ Laura Nielson*
> Laura Nielson
>
> *Attorney for Plaintiffs*

SO STIPULATED:

/s/ *Clint R. Hansen*
Clint R. Hansen
FABIAN VANCOTT

*Attorney for Defendants*